701 A.2d 702

IN THE MATTER OF RICHARD W. RAINES,
AN ATTORNEY AT LAW.

November 5, 1997.

**ORDER**

This matter having been duly presented to the Court, it is ORDERED that **RICHARD W. RAINES** of **PHILADELPHIA, PENNSYLVANIA,** who was admitted to the bar of this State in

1977, and who was suspended from the practice of law for a period of six months, effective April 24, 1995, by Order of this Court dated April 24, 1995, be restored to the practice of law, effective immediately; and it is further

ORDERED that respondent submit to drug and alcohol screening on a schedule to be established by the Office of Attorney Ethics until further Order of the Court; and it is further

ORDERED that respondent practice under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of two years and until further Order of the Court.